JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 06-0079 JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KAYAK WILLIAM THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

This Court having considered the stipulation of the parties hereby GRANTS the parties' request for a continuance of the trial date and pre-trial motions cutoff date. Defendants Kayak William Thomas, Sung Min Kim, Vu Thanh Tran, Jason Lee Larson, Andrew J. Sandstrom, and Andrew C. Heffron, each indicated his knowing, voluntary, and intelligent waiver of his right to a speedy trial by executing a written waiver of his right to a speedy trial through January 30, 2007.

In view of the parties' agreement to continue the trial date, for the reasons stated in their stipulation, each defendant's knowing, voluntary, and intelligent waiver or anticipated waiver of his right to a speedy trial, the parties' desire to continue to engage in plea discussions, the complexity of the case, the number of witnesses, the superseding indictment and the recent changes and anticipated changes of counsel for the defendants, and the interest of the public in ensuring the accused adequate, effective, and continued representation by counsel presently assigned, this Court finds that the ends of justice

ORDER — 1
*United States v. Kayak William Thomas, et al.,* Case No. CR 06-079 JCC

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

served by granting a continuance outweighs the best interest of the public and the defendant in a speedy trial.

The parties motion for continuance is GRANTED. Trial is reset for <u>January 16, 2007</u>. The Pre-trial Motion cutoff date is reset for <u>December 7, 2006</u>. The time from the filing of the stipulated motion through the new trial date shall be excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).

Dated this 17th day of August, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney
United States Attorney's Office
700 Union Street, Suite 5220
Seattle, Washington 98101-1270
Telephone: (206) 553-7970
Facsimile: (206) 553-0755
E-mail: John.Lulejian@usdoj.gov

ORDER — 2
*United States v. Kayak William Thomas, et al.,* Case No. CR 06-079 JCC

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970